AO 91 (Rev. 02/09) Criminal Complaint

AUSA Craig F. Wininger
Special Agent Troy Wohlfert

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,

    *Plaintiff,*

v.

Jermaine Leon Houston

    *Defendant.*

Case: 1:17-mj-30022
Judge: Morris, Patricia T.
Filed: 01-19-2017 At 02:55 PM
CMP USA v. Jermaine Leon Houston (krc)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date of January 18, 2017, in the county of Saginaw in the Eastern District of Michigan, the defendant violated 18 U.S.C. § 922(g)(1), an offense (or offenses) described as follows:

defendant, having been convicted of a felony punishable by a term of imprisonment of one year, knowingly possessed, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

This criminal complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

*Complainant's signature*

Troy Wohlfert, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: JAN 1 9 2017

*Judicial Officer signature*

Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*

City and state: Bay City, Michigan

```
Case: 1:17-mj-30022
Judge: Morris, Patricia T.
Filed: 01-19-2017 At 02:55 PM
CMP USA v. Jermaine Leon Houston (krc)
```

## AFFIDAVIT

I, Troy Wohlfert, being first duly sworn, hereby depose and state that the following is true and correct to the best of my knowledge and belief, and that this petition is based on the following facts:

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, I am authorized by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since February 2010. I am currently assigned to the Detroit Division, Bay City Resident Agency, where I am responsible for investigating a myriad of criminal violations. I am currently detailed to the FBI Mid-Michigan Safe Streets Task Force (MMSSTF).

3. I make this affidavit from personal knowledge based on my participation in this criminal investigation, communications with others who have personal knowledge of the events and circumstances

1

described herein, and information gained through my training and experience as a law enforcement official. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or facts of which I am aware of relating to this investigation.

4. I currently am investigating Jermaine Leon HOUSTON, for a violation of 18 U.S.C. § 922(g)(1), possession of a firearm or ammunition by a person who has been convicted of a crime punishable by imprisonment for a term exceeding one year.

5. On January 18, 2017, Michigan State Police Troopers Tyler Schuiteman and Clint Korpalski were travelling south on 10th Street near the intersection of Janes Avenue. Houston was observed walking in the street where sidewalks were provided, which is a civil infraction in Saginaw.

6. As the troopers approached Houston, he walked into the backyard of 228 South 10th Street, Saginaw, Michigan. Troopers then saw Houston walking on the south side of the same residence near the fence in the backyard. Troopers made contact with Houston in the driveway of the same residence.

7. The troopers asked for consent to search his person and Houston gave verbal consent to Trooper Korpalski. During the search Trooper Korpalski felt what he believed was a pistol magazine in Houston's pocket. Houston was then placed in handcuffs and a 9mm magazine with 18 rounds of ammunition was removed from Houston's right coat pocket.

8. Troopers then searched the backyard of 228 South 10th Street, Saginaw, Michigan, and found a black Century Arms Inc. 9mm pistol, Model: TP9V2, Serial Number 16AI04557. The handgun had 17 rounds of 9mm ammunition in it.

9. Houston waived his Miranda Rights and was interviewed about the incident. Houston stated that the handgun belonged to his sister and he took it without permission; he was carrying the handgun when he saw the troopers driving behind him; he carries the gun for protection; and, he has shot the handgun before. He also stated he got scared and tossed the gun next to the house while in the backyard. Houston also told the troopers he is a convicted felon.

10.     According to a criminal history check, Houston has been

convicted of the following offenses, each of which is a felony and punishable by a term of imprisonment which exceeds one year:

- 10th Circuit Court Saginaw, Receiving stolen property, 3/28/1994
- 10th Circuit Court Saginaw, Carrying concealed weapon/Habitual Offender – second offense, 12/1/1999
- 10th Circuit Court Saginaw, Unlawful driving away, 8/27/2008

11. On January 19, 2017, ATF Special Agent Harry M. Powers, in his capacity as an interstate nexus authority in the manufacture and movement of firearms and ammunition in interstate and foreign commerce, determined the firearm described in Paragraph 8 was manufactured outside of the State of Michigan.

12. Based on the foregoing, I have probable cause to believe that on January 18, 2017, in the Eastern District of Michigan, Jermaine Leon Houston, having been convicted of a felony punishable by a term of imprisonment of one year, knowingly possessed, in and affecting interstate commerce, a firearm, in

violation of 18 U.S.C. § 922(g)(1).

_____
Troy M. Wohlfert
Federal Bureau of Investigation

Subscribed and sworn to before me
this 19 day of January 2017.

_____
Hon. Patricia T. Morris
United States Magistrate Judge